A CERTIFIED TRUE COPY

DEC 15 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 18 AM 10: 26

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 29 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-76)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,171 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 15 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
DEC 27 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep____
___ Doc. No.___

# SCHEDULE CTO-76 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALASKA** | | |
| AK 3 06-257 | Gary W. Putman, et al. v. Merck & Co., Inc. | EDLA 06-10969 |
| AK 3 06-258 | Robert Felder v. Merck & Co., Inc. | EDLA 06-10970 |
| **ALABAMA MIDDLE** | | |
| ~~ALM 3 06-979~~ | ~~Clifford Bailey, et al. v. Merck & Co., Inc., et al.~~ | VACATED 12/15/06 |
| **ALABAMA NORTHERN** | | |
| ALN 1 06-2260 | Junior Alldreage, et al v. Merck & Co., Inc., et al. | EDLA 06-10971 |
| ALN 1 06-2284 | Wayne Watts, et al. v. Merck & Co., Inc. | EDLA 06-10972 |
| ALN 5 06-2248 | Don Macmillan v. Merck & Co., Inc. | EDLA 06-10973 |
| ALN 7 06-2332 | Dorothy Cantrell, et al. v. Merck & Co., Inc. | EDLA 06-10974 |
| **ARIZONA** | | |
| AZ 2 06-2665 | Marlene Ferguson, et al. v. Merck & Co., Inc. | EDLA 06-10975 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-6642 | Deborah Dionne, et al. v. Merck & Co., et al. | EDLA 06-10976 |
| CAC 2 06-6644 | Lucila B. Castillo, et al. v. Merck & Co., Inc. | EDLA 06-10977 |
| CAC 2 06-6816 | Philip Hansen Bailey, etc. v. Merck & Co, Inc. | EDLA 06-10978 |
| CAC 2 06-7006 | Shelia Williams v. Merck & Co., Inc. | EDLA 06-10979 |
| CAC 2 06-7007 | William E. Hauser, etc. v. Merck & Co., Inc. | EDLA 06-10980 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-2283 | Barbara Abbott, et al. v. Merck & Co., Inc. | EDLA 06-10981 |
| CAE 2 06-2284 | Delphia Bell v. Merck & Co., Inc., et al. | EDLA 06-10982 |
| CAE 2 06-2285 | Harry Jones v. Merck & Co., Inc., et al. | EDLA 06-10983 |
| CAE 2 06-2332 | Norma Loomis v. Merck & Co., Inc. | EDLA 06-10984 |
| CAE 2 06-2344 | Marva Johnson v. Merck & Co., Inc. | EDLA 06-10985 |
| CAE 2 06-2346 | Carl Dudding v. Merck & Co., Inc. | EDLA 06-10986 |
| CAE 2 06-2348 | Sandra Elliott v. Merck & Co., Inc. | EDLA 06-10987 |
| CAE 2 06-2349 | Anh Devers v. Merck & Co., Inc. | EDLA 06-10988 |
| CAE 2 06-2350 | Kenneth Tinkle v. Merck & Co., Inc. | EDLA 06-10989 |
| CAE 2 06-2351 | Kenneth Debolt v. Merck & Co., Inc. | EDLA 06-10990 |
| CAE 2 06-2352 | Betty Mesi v. Merck & Co., Inc. | EDLA 06-10991 |
| CAE 2 06-2354 | Antonio Lourenco v. Merck & Co., Inc. | EDLA 06-10992 |
| CAE 2 06-2362 | Karen Morris v. Merck & Co., Inc. | EDLA 06-10993 |
| CAE 2 06-2422 | Adnell Stephens v. Merck & Co., Inc., et al. | EDLA 06-10994 |
| CAE 2 06-2431 | Donna Goncar v. Merck & Co., Inc., et al. | EDLA 06-10995 |
| CAE 2 06-2434 | Richard McCullough v. Merck & Co., Inc., et al. | EDLA 06-10996 |
| CAE 2 06-2471 | Karin Barrett v. Merck & Co., Inc. | EDLA 06-10997 |
| CAE 2 06-2472 | Domingo Arcangles v. Merck & Co., Inc. | EDLA 06-10998 |
| CAE 2 06-2473 | Semen Fiskel v. Merck & Co., Inc. | EDLA 06-10999 |
| CAE 2 06-2474 | Al Kessler v. Merck & Co., Inc. | EDLA 06-11000 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                              Page 2 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| CAE 2  06-2477 | Charlotte Mendonea v. Merck & Co., Inc. | EDLA 06-11001 |
| ~~CAE 2  06-2479~~ | ~~Sheryl Churchman v. Merck & Co., Inc., et al.~~ | OPPOSED 12/8/06 |
| CAE 2  06-2480 | Besham Singh v. Merck & Co., Inc., et al. | EDLA 06-11002 |
| CAE 2  06-2489 | Madelyn Duke, et al. v. Merck & Co., Inc., et al. | EDLA 06-11003 |
| CAE 2  06-2490 | Beryl L. Caterson v. Merck & Co., Inc., et al. | EDLA 06-11004 |

CALIFORNIA NORTHERN

| | | |
|---|---|---|
| CAN 3  06-6576 | Barbara Brooks v. Merck & Co., Inc., et al. | EDLA 06-11005 |
| CAN 3  06-6587 | Otis Mercer v. Merck & Co., Inc., et al. | EDLA 06-11006 |
| CAN 3  06-6595 | Peter Brooks v. Merck & Co., Inc., et al. | EDLA 06-11007 |
| CAN 3  06-6612 | Ray Reed v. Merck & Co., Inc., et al. | EDLA 06-11008 |
| CAN 3  06-6762 | Lola Baker v. Merck & Co., Inc. | EDLA 06-11009 |
| CAN 3  06-6764 | Susan Christensen v. Merck & Co., Inc. | EDLA 06-11010 |
| CAN 3  06-6765 | Carlos Adlawan v. Merck & Co., Inc. | EDLA 06-11011 |
| CAN 3  06-6766 | Anita Aars v. Merck & Co., Inc. | EDLA 06-11012 |
| CAN 3  06-6767 | Klara Bernsteyn v. Merck & Co., Inc. | EDLA 06-11013 |
| CAN 3  06-6769 | Robert Chow v. Merck & Co., Inc. | EDLA 06-11014 |
| CAN 3  06-6789 | Marbely Gutierrez v. Merck & Co., Inc. | EDLA 06-11015 |
| CAN 3  06-6793 | Ninel Gindina v. Merck & Co., Inc. | EDLA 06-11016 |
| CAN 3  06-6795 | Julia Dumas, et al. v. Merck & Co., Inc. | EDLA 06-11017 |
| CAN 3  06-6796 | Robert Garrett v. Merck & Co., Inc. | EDLA 06-11018 |
| CAN 3  06-6846 | Wayne Wong v. Merck & Co., Inc. | EDLA 06-11019 |
| CAN 3  06-6848 | Elliot Zolt v. Merck & Co., Inc. | EDLA 06-11020 |
| CAN 3  06-6851 | Jerry Hale v. Merck & Co., Inc. | EDLA 06-11021 |
| CAN 3  06-6859 | Leo Hildreth v. Merck & Co., Inc. | EDLA 06-11022 |
| CAN 3  06-6862 | Alex Lukovsky v. Merck & Co., Inc. | EDLA 06-11023 |
| CAN 3  06-6863 | Juana Ochoa v. Merck & Co., Inc. | EDLA 06-11024 |
| CAN 3  06-6864 | John Morrice v. Merck & Co., Inc. | EDLA 06-11025 |
| CAN 3  06-6866 | Ronald L. Silva v. Merck & Co., Inc. | EDLA 06-11026 |
| CAN 3  06-6867 | Nancy Pittroff v. Merck & Co., Inc. | EDLA 06-11027 |
| CAN 3  06-6869 | Lev Klachkavsky v. Merck & Co., Inc. | EDLA 06-11028 |
| CAN 3  06-6873 | Barbara Hoffman, etc. v. Merck & Co., Inc. | EDLA 06-11029 |
| CAN 3  06-6874 | Fred Rice v. Merck & Co., Inc. | EDLA 06-11030 |
| CAN 3  06-6875 | Gerald Sefranka v. Merck & Co., Inc. | EDLA 06-11031 |
| CAN 3  06-6878 | Richard Simms v. Merck & Co., Inc. | EDLA 06-11032 |
| CAN 3  06-6879 | Samuel Summerfield v. Merck & Co., Inc. | EDLA 06-11033 |
| CAN 3  06-6880 | Lula Taylor v. Merck & Co., Inc. | EDLA 06-11034 |
| CAN 3  06-6881 | George Martinis v. Merck & Co., Inc. | EDLA 06-11035 |
| CAN 3  06-6882 | Elivra Nagle v. Merck & Co., Inc. | EDLA 06-11036 |
| CAN 4  06-6590 | Christine Hansen, et al. v. Merck & Co., Inc., et al. | EDLA 06-11037 |
| CAN 4  06-6785 | Valentina Demikhovskaya v. Merck & Co., Inc. | EDLA 06-11038 |
| CAN 4  06-6788 | Daniel Flanagan v. Merck & Co., Inc. | EDLA 06-11039 |
| CAN 4  06-6843 | Janie Wiley v. Merck & Co., Inc. | EDLA 06-11040 |
| CAN 4  06-6865 | Guadalupe Urena, et al. v. Merck & Co., Inc. | EDLA 06-11041 |
| CAN 4  06-6868 | Nian Huang v. Merck & Co., Inc. | EDLA 06-11042 |
| CAN 4  06-6871 | Mary L. Howle v Merck & Co., Inc. | EDLA 06-11043 |

CALIFORNIA SOUTHERN

| | | |
|---|---|---|
| CAS 3  06-2431 | Michael Cienfuegos, etc. v. Merck & Co., Inc., et al. | EDLA 06-11044 |
| CAS 3  06-2432 | Jimmie Ramsey v. Merck & Co., Inc., et al. | EDLA 06-11045 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                                Page 3 of 6

DIST. DIV. C.A. #          CASE CAPTION

COLORADO
  CO   1   06-2130         Herbert L. Wittow v. Merck & Co., Inc.                                EDLA  06-11046
  ~~CO   1   06-2164~~     ~~James Franklin, etc. v. Merck & Co., Inc.~~      OPPOSED 12/14/06
  CO   1   06-2165         Ronald Dooley, et al. v. Merck & Co., Inc.                            EDLA  06-11047

CONNECTICUT
  CT   3   06-1761         Frank Pescatello v. Merck & Co., Inc.                                 EDLA  06-11048

FLORIDA MIDDLE
  FLM  2   06-587          Danny Taulbee v. Merck & Co., Inc., et al.                            EDLA  06-11049
  FLM  5   06-379          Lyle Moody v. Merck & Co., Inc., et al.                               EDLA  06-11050
  FLM  6   06-1667         Marian Jenkinson, etc. v. Merck & Co., Inc., et al.                   EDLA  06-11051
  FLM  8   06-1209         Barbara Jowers v. Merck & Co., Inc., et al.                           EDLA  06-11052
  FLM  8   06-1992         Robert Sidney Spann v. Merck & Co., Inc., et al.                      EDLA  06-11053

FLORIDA SOUTHERN
  FLS  0   06-61580        Jeffrey Dombeck, et al. v. Merck & Co., Inc.                          EDLA  06-11054
  FLS  0   06-61581        William J. Leon, et al. v. Merck & Co., Inc.                          EDLA  06-11055
  FLS  0   06-61582        Marthan Moore, et al. v. Merck & Co., Inc.                            EDLA  06-11056
  FLS  0   06-61583        Lillian A. Russo v. Merck & Co., Inc.                                 EDLA  06-11057
  FLS  0   06-61609        Victoria Luciano, et al. v. Merck & Co., Inc.                         EDLA  06-11058
  FLS  1   06-22292        Susana Jalon, et al. v. Merck & Co., Inc.                             EDLA  06-11059
  ~~FLS  2   06-14284~~    ~~Kenneth Bowe, et al. v. Merck & Co., Inc., et al.~~      OPPOSED 12/15/06
  ~~FLS  2   06-14285~~    ~~Jacob Avidon, et al. v. Merck & Co., Inc., et al.~~      OPPOSED 12/15/06
  ~~FLS  2   06-14287~~    ~~Veronica Clark-Atchinson v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
  ~~FLS  2   06-14288~~    ~~Robin A. Curry v. Merck & Co., Inc., et al.~~            OPPOSED 12/15/06
  ~~FLS  2   06-14289~~    ~~Lystine Fairweather, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06
  ~~FLS  2   06-14290~~    ~~Mary Lee Hudson v. Merck & Co., Inc., et al.~~           OPPOSED 12/15/06
  ~~FLS  2   06-14291~~    ~~Walter Smith, et al. v. Merck & Co., Inc., et al.~~      OPPOSED 12/15/06
  ~~FLS  2   06-14292~~    ~~Warren Young, et al. v. Merck & Co., Inc., et al.~~      OPPOSED 12/15/06
  ~~FLS  2   06-14293~~    ~~Andrew Trax, et al. v. Merck & Co., Inc., et al.~~       OPPOSED 12/15/06
  ~~FLS  2   06-14294~~    ~~Helen Spano, et al. v. Merck & Co., Inc., et al.~~       OPPOSED 12/15/06
  ~~FLS  2   06-14295~~    ~~John Gumas v. Merck & Co., Inc., et al.~~                OPPOSED 12/15/06
  ~~FLS  2   06-14296~~    ~~Darrell Duncan v. Merck & Co., Inc., et al.~~            OPPOSED 12/15/06
  ~~FLS  2   06-14297~~    ~~James Ferguson v. Merck & Co., Inc., et al.~~            OPPOSED 12/15/06
  ~~FLS  2   06-14298~~    ~~Carol Morgan v. Merck & Co., Inc., et al.~~              OPPOSED 12/15/06
  ~~FLS  2   06-14299~~    ~~Patricia C. Putman, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06
  ~~FLS  2   06-14300~~    ~~Donald L. Simons v. Merck & Co., Inc., et al.~~          OPPOSED 12/15/06
  ~~FLS  2   06-14301~~    ~~Donna Robinson v. Merck & Co., Inc., et al.~~            OPPOSED 12/15/06
  FLS  2   06-14305        Henry C. Givens v. Merck & Co., Inc., et al.                          EDLA  06-11060
  ~~FLS  9   06-80994~~    ~~Gail Simmons v. Merck & Co., Inc., et al.~~              OPPOSED 12/15/06
  ~~FLS  9   06-80996~~    ~~Anita Finnegan v. Merck & Co., Inc., et al.~~            OPPOSED 12/15/06
  ~~FLS  9   06-80997~~    ~~Joseph Iuvara, et al. v. Merck & Co., Inc., et al.~~     OPPOSED 12/15/06
  ~~FLS  9   06-80998~~    ~~Thomas Erling v. Merck & Co., Inc., et al.~~             OPPOSED 12/15/06

GEORGIA NORTHERN
  GAN  1   06-2643         Clifford L. Wooten v. Merck & Co., Inc.                               EDLA  06-11061
  GAN  1   06-2644         Elizabeth C. Rosebush, etc. v. Merck & Co., Inc.                      EDLA  06-11062

IOWA NORTHERN
  IAN  3   06-3065         Phyllis Heslop v. Merck & Co., Inc.                                   EDLA  06-11063

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                              Page 4 of 6

| DIST. DIV. C.A. # | CASE CAPTION | | |
|---|---|---|---|
| **IOWA SOUTHERN** | | | |
| IAS 1 06-39 | Jerry Barringer v. Merck & Co., Inc. | | EDLA 06-11064 |
| **ILLINOIS CENTRAL** | | | |
| ILC 2 06-2221 | William Phelps, etc. v. Merck & Co., Inc. | | EDLA 06-11065 |
| **ILLINOIS NORTHERN** | | | |
| ILN 1 06-5743 | Doris Miller, et al. v. Merck & Co., Inc. | | EDLA 06-11066 |
| ~~ILN 1 06-5744~~ | ~~Ines Alegre, etc. v. Jorge N. Aguayo, M.D., et al.~~ | OPPOSED 12/8/06 | |
| ILN 1 06-5805 | Evelyn Waldman v. Merck & Co., Inc. | | EDLA 06-11067 |
| **ILLINOIS SOUTHERN** | | | |
| ILS 3 06-818 | Myrna Hamilton, et al. v. Merck & Co., Inc., et al. | | EDLA 06-11068 |
| ~~ILS 3 06-827~~ | ~~Ann Reid v. Merck & Co., Inc., et al.~~ | VACATED 12/14/06 | |
| ILS 3 06-831 | William W. Rhodes v. Merck & Co., Inc., et al. | | EDLA 06-11069 |
| ILS 3 06-840 | Jerry Lemonds v. Merck & Co., Inc., et al. | | EDLA 06-11070 |
| ILS 3 06-848 | James Ignatz v. Merck & Co., Inc., et al. | | EDLA 06-11071 |
| ILS 3 06-849 | Louis Kraus v. Merck & Co., Inc., et al. | | EDLA 06-11072 |
| ILS 3 06-850 | John M. Linkes v. Merck & Co., Inc. | | EDLA 06-11073 |
| ILS 3 06-853 | Antonio Silva v. Merck & Co., Inc. | | EDLA 06-11074 |
| ILS 3 06-867 | Catherine S. Sadich v. Merck & Co., Inc. | | EDLA 06-11075 |
| ILS 3 06-868 | John Street v. Merck & Co., Inc. | | EDLA 06-11076 |
| ILS 3 06-877 | Rodney W. Shupe v. Merck & Co., Inc. | | EDLA 06-11077 |
| **INDIANA NORTHERN** | | | |
| INN 2 06-363 | Seth Jones v. Merck & Co., Inc. | | EDLA 06-11078 |
| **KANSAS** | | | |
| KS 2 06-2413 | David Edmonds v. Merck & Co., Inc. | | EDLA 06-11079 |
| **LOUISIANA WESTERN** | | | |
| LAW 2 06-1936 | Sally Ellender Chapman v. Merck & Co., Inc. | | EDLA 06-11080 |
| **MINNESOTA** | | | |
| MN 0 06-4406 | Donald Haider v. Merck & Co., Inc. | | EDLA 06-11081 |
| **MISSOURI EASTERN** | | | |
| MOE 4 06-1589 | Ida Criglar, et al. v. Merck & Co., Inc., et al. | | EDLA 06-11082 |
| **NEW YORK EASTERN** | | | |
| NYE 1 06-4796 | Yolande Brice, et al. v. Merck & Co., Inc. | | EDLA 06-11083 |
| **NEW YORK NORTHERN** | | | |
| NYN 1 06-1309 | Deanne Murdie, etc. v. Merck & Co., Inc., et al. | | EDLA 06-11084 |
| NYN 5 06-1332 | Douglas Charles Persse, et al. v. Merck & Co., Inc. | | EDLA 06-11085 |
| **NEW YORK SOUTHERN** | | | |
| ~~NYS 1 06-11419~~ | ~~Ali Ghanem v. Merck & Co., Inc., et al.~~ | OPPOSED 12/8/06 | |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                                              Page 5 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **NEW YORK WESTERN** | | |
| NYW 6  06-6530 | Rosemary Johnson v. Merck & Co., Inc., et al. | EDLA 06-11086 |
| NYW 6  06-6531 | Zerita H. Newman, etc. v. Merck & Co., Inc., et al. | EDLA 06-11087 |
| NYW 6  06-6532 | Roger Bickel, et al. v. Merck & Co., Inc., et al. | EDLA 06-11088 |
| NYW 6  06-6533 | Brenda Baron, etc. v. Merck & Co., Inc., et al. | EDLA 06-11089 |
| NYW 6  06-6534 | Dianne Benson, etc. v. Merck & Co., Inc., et al. | EDLA 06-11090 |
| NYW 6  06-6544 | Pamela Charsley-Joslin, etc. v. Merck & Co., Inc., et al. | EDLA 06-11091 |
| NYW 6  06-6545 | Theresa J. Keenan, etc. v. Merck & Co., Inc., et al. | EDLA 06-11092 |
| NYW 6  06-6546 | Eugene O. Moore, etc. v. Merck & Co., Inc., et al. | EDLA 06-11093 |
| NYW 6  06-6547 | Glen Nicolosi, etc. v. Merck & Co., Inc., et al. | EDLA 06-11094 |
| NYW 6  06-6548 | Frank B. Perillo, etc. v. Merck & Co., Inc., et al. | EDLA 06-11095 |
| NYW 6  06-6549 | Patricia A. Ruvolo, etc. v. Merck & Co., Inc., et al. | EDLA 06-11096 |
| NYW 6  06-6550 | Patricia Sabadasz, etc. v. Merck & Co., Inc., et al. | EDLA 06-11097 |
| NYW 6  06-6551 | Lavernne Watson, etc. v. Merck & Co., Inc., et al. | EDLA 06-11098 |
| **OHIO NORTHERN** | | |
| OHN 1  06-2558 | Timothy Walter Richards, Sr., et al. v. Merck & Co., Inc. | EDLA 06-11099 |
| OHN 1  06-2559 | Deborah K. Roscoe v. Merck & Co., Inc. | EDLA 06-11100 |
| OHN 1  06-2560 | Leonard Novak, et al. v. Merck & Co., Inc. | EDLA 06-11101 |
| OHN 1  06-2561 | Edith Tabak, et al. v. Merck & Co., Inc. | EDLA 06-11102 |
| OHN 1  06-2562 | Kenneth W. Raybon, et al. v. Merck & Co., Inc. | EDLA 06-11103 |
| OHN 1  06-2575 | Thomas G. Wigle, et al. v. Merck & Co., Inc. | EDLA 06-11104 |
| OHN 1  06-2580 | Glenn A. Cook, et al. v. Merck & Co., Inc. | EDLA 06-11105 |
| OHN 1  06-2583 | Mary Young v. Merck & Co., Inc. | EDLA 06-11106 |
| OHN 1  06-2584 | Thomas M. Tulcewicz v. Merck & Co., Inc. | EDLA 06-11107 |
| OHN 1  06-2585 | Benjamin Thompson v. Merck & Co., Inc. | EDLA 06-11108 |
| OHN 1  06-2636 | Nikki Gilmore, etc. v. Merck & Co., Inc. | EDLA 06-11109 |
| OHN 1  06-2637 | Edward M. Stanco, Jr., etc. v. Merck & Co., Inc. | EDLA 06-11110 |
| OHN 1  06-2669 | Edward Drozd, et al. v. Merck & Co., Inc. | EDLA 06-11111 |
| OHN 1  06-2670 | Carolyn Evans, et al. v. Merck & Co., Inc. | EDLA 06-11112 |
| OHN 5  06-2635 | Kenneth K. Kerr, Sr. v. Merck & Co., Inc. | EDLA 06-11113 |
| OHN 5  06-2638 | Barbara R. Brunk, etc. v. Merck & Co., Inc. | EDLA 06-11114 |
| **OHIO SOUTHERN** | | |
| OHS 1  06-720 | Betty Pickett v. Merck & Co., Inc., et al. | EDLA 06-11115 |
| OHS 2  06-876 | Betty Mason v. Merck & Co., Inc., et al. | EDLA 06-11116 |
| **OKLAHOMA EASTERN** | | |
| OKE 6  06-464 | Omega Lambert, etc. v. Merck & Co., Inc. | EDLA 06-11117 |
| OKE 6  06-465 | Gerald Hammond v. Merck & Co., Inc. | EDLA 06-11118 |
| OKE 6  06-466 | Pamela Treadwell, etc. v. Merck & Co., Inc. | EDLA 06-11119 |
| OKE 6  06-468 | Paul Stinson v. Merck & Co., Inc. | EDLA 06-11120 |
| **OKLAHOMA WESTERN** | | |
| OKW 5  06-1211 | Ruby King, etc. v. Merck & Co., Inc. | EDLA 06-11121 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2  06-4827 | Greg Golla v. Merck & Co., Inc., et al. | EDLA 06-11122 |
| **PENNSYLVANIA WESTERN** | | |
| ~~PAW 2  06-1443~~ | ~~William T. Krajcovic, Sr., etc. v. Merck & Co., Inc.~~ OPPOSED 12/14/06 | |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                                Page 6 of 6

DIST. DIV. C.A. #            CASE CAPTION

**TEXAS EASTERN**
TXE 2  06-456               Don Cagle, etc. v. Merck & Co., Inc., et al.          EDLA  06-11123
TXE 4  06-436               Pauline Stover v. Merck & Co., Inc.                    EDLA  06-11124

**TEXAS NORTHERN**
TXN 4  06-741               Gail Yeakley, etc. v. Merck & Co., Inc.                EDLA  06-11125

**TEXAS SOUTHERN**
~~TXS 1  06-176~~           ~~Juan Lizardi v. Merck & Co., Inc., et al.~~         OPPOSED 12/11/06
TXS 2  06-471               Maria Graciela Cruz v. Merck & Co., Inc., et al.       EDLA  06-11126
~~TXS 2  06-478~~           ~~Rosario Lechuga v. Merck & Co., Inc., et al.~~      OPPOSED 12/11/06
~~TXS 2  06-489~~           ~~Divine Garcia v. Merck & Co., Inc., et al.~~        OPPOSED 12/11/06
TXS 4  06-3464              Antoinette Donaldson v. Merck & Co., Inc.              EDLA  06-11127
~~TXS 7  06-303~~           ~~Lilian Murphree v. Merck & Co., Inc., et al.~~      OPPOSED 12/11/06
TXS 7  06-318               Paula Gonzalez v. Merck & Co., Inc., et al.            EDLA  06-11128
~~TXS 7  06-319~~           ~~Juan R. Gonzalez v. Merck & Co., Inc., et al.~~     OPPOSED 12/11/06
~~TXS 7  06-320~~           ~~Adolfo De Leon v. Merck & Co., Inc., et al.~~       OPPOSED 12/11/06
~~TXS 7  06-321~~           ~~Victor Saenz v. Merck & Co., Inc., et al.~~         OPPOSED 12/11/06
~~TXS 7  06-329~~           ~~Jose Zuniga v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
~~TXS 7  06-331~~           ~~Rodolfo Regalado v. Merck & Co., Inc., et al.~~     OPPOSED 12/11/06
~~TXS 7  06-333~~           ~~Ludivina Pena v. Merck & Co., Inc., et al.~~        OPPOSED 12/11/06
~~TXS 7  06-334~~           ~~Anita Salinas v. Merck & Co., Inc., et al.~~        OPPOSED 12/11/06

**TEXAS WESTERN**
~~TXW 1  06-848~~           ~~Emil Kenneth Braune v. Merck & Co., Inc., et al.~~  OPPOSED 12/11/06
TXW 1  06-850               James Mercer v. Merck & Co., Inc., et al.              EDLA  06-11129
~~TXW 1  06-858~~           ~~Marilyn Trent v. Merck & Co., Inc., et al.~~        OPPOSED 12/11/06
~~TXW 1  06-859~~           ~~Charles Ray Garrett, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/11/06
~~TXW 1  06-870~~           ~~Esther McConoghy v. Merck & Co., Inc., et al.~~     OPPOSED 12/11/06
~~TXW 1  06-871~~           ~~Ruby Shaw v. Merck & Co., Inc., et al.~~            OPPOSED 12/11/06
TXW 5  06-940               Leonel Diaz v. Merck & Co., Inc.                       EDLA  06-11130

**UTAH**
UT 2  06-905                Mable Lassen v. Merck & Co., et al.                    EDLA  06-11131
UT 2  06-931                James Pangburn, et al. v. Merck & Co., Inc., et al.    EDLA  06-11132

**WEST VIRGINIA SOUTHERN**
WVS 1  06-898               Dorothy Petry, et al. v. Merck & Co., Inc.             EDLA  06-11133